# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARI ANN MARTIN, <br><br> Defendant. | **CR 17-41-GF-BMM** <br><br> **ORDER** |

Cari Ann Martin ("Martin") filed an Unopposed Motion for Early Termination of Supervised Release on December 11, 2023. (Doc. 40.) This Court ordered Martin to complete a period of five years' supervised release. (Doc. 32.) The United States does not oppose Martin's motion. *See* (Doc. 40); (Doc. 41.) United States Probation supports early termination of Martin's supervision. *See* (Doc. 41 at 2.) The Court conducted a hearing on the motion on January 10, 2024. (Doc. 43.) The Court informed Martin that she would receive an order terminating her supervision on April 27, 2024, if she remained in full compliance with her conditions and there were no further violations. (*Id.*) For the reasons below, the Court grants Martin's motion.

Martin pleaded guilty to possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. (Doc.

1

21); *see* (Doc. 17); (Doc. 2.) The Undersigned Judge sentenced Martin to the Bureau of Prisons on November 14, 2017, for a term of 66 months, followed by five years of supervised release. (Doc. 32.) Martin began her supervision on February 12, 2021, with a scheduled termination date of February 13, 2026. *See* (Doc. 41 at 2.)

Federal law authorizes a defendant to move for termination of supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Martin's supervised release. Martin began supervised release in February 2021. (Doc. 41.) Martin violated her release conditions in April and August 2021 by missing urinalyses and testing positive for methamphetamine once. (*Id.*) Martin has since completed treatment and complied with all terms of her supervised release since August 2021. (*Id.*) She has been under supervision without incident for approximately 32 months. (*Id.*) Martin also maintains active employment. (*Id.*) Martin's U.S. Probation Officer Nick Buciuman supports early termination of Martin's term of supervised release. (*Id.*) Termination of supervision is warranted.

Accordingly, **IT IS ORDERED:**

Martin's Unopposed Motion for Early Termination of Supervised Release (Doc. 40) is **GRANTED**.

**DATED** this 27th day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court